## MACBETH EVANS GLASS COMPANY *v.* TITUS.

[No. 21,876.   Filed June 20, 1911.]

From Grant Circuit Court; *H. J. Paulus,* Judge.

Action by George A. Titus against the Macbeth Evans Glass Company.   From a judgment for plaintiff, defendant appeals. *Affirmed.*

*B. H. Campbell, E. R. Call, Joseph F. Cowern* and *Frederick E. Matson,* for appellant.
*Stephen M. McSwiggan,* for appellee.

Cox, J.—The questions presented in this appeal are the same as those involved and decided in the case of *Macbeth Evans Glass Co.* v. *Van Blarican* (1911), *ante,* 69, and on the authority of that case the judgment in this is affirmed.